UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>  HSIALOAN HSU, )<br>  )<br>  Defendant. ) | Civil Action No. 04-10558-MLW |

## UNITED STATES' MOTION FOR DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter a default against the defendant, Hsialoan Hsu (hereinafter "Hsu"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1. According to our office records, Hsu is indebted to the United States for the principal amount of $23,900.00; plus $19,901.97 accrued interest at the rate of  percent; plus costs. The total balance as of August 30, 2004 is $43,801.97.

2. The submitted affidavit of Nancy M. Rojas, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes Hsu's failure to plead to the complaint.

WHEREFORE, the United States moves this Court to enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Hsu for failing to plead to, or otherwise defend, the complaint in the above captioned action.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAELE J. SULLIVAN
United States Attorney

Dated: August 30, 2004            By:   /S/ Christopher R. Donato
                                        CHRISTOPHER R. DONATO
                                        Assistant U.S. Attorney
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3288


**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, I served a copy of the foregoing by mailing to Hsialoan Hsu at 676 Worcester Street, Wellesley, MA 02482.


Dated: August 30, 2004                  /S/ Christopher R. Donato
                                        CHRISTOPHER R. DONATO
                                        Assistant U.S. Attorney