UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff,       )<br>)<br>v.                        )<br>)<br>HSIALOAN HSU,       )<br>)<br>       Defendant.      ) | Civil Action No. 04-10558-MLW |

**AFFIDAVIT SUPPORTING UNITED STATES' MOTION FOR DEFAULT**

I, Nancy M. Rojas, state under oath that:

1.     I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2.     In that capacity, I process and maintain debt collection cases, including the case of Hsialoan Hsu (hereinafter "Hsu"). I am also the custodian of the records for such cases.

3.     Hsu was served, according to the return of service, with a summons and complaint on June 17, 2004 at 676 Worcester Street, Wellesley, MA 02482. <u>See</u> attached exhibit "A". As of August 30, 2004, Hsu has not served on the United States Attorney an answer, or other responsive pleading, to the complaint in the above captioned action.

Nancy M. Rojas
Paralegal

Date: August 30, 2004

Signed and sworn to before me at Boston, Massachusetts, on this 30 day of August, 2004.

Mary A. Watson
Notary Public

My commission expires: 2/16/07

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 04-10558-MLW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Hsiaoan Hsu | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hsiaoan Hsu

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
676 Worcester Street, Wellesley, MA 02482

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy Rojas
Financial Litigation Unit
U.S. Attorney's Office
One Courthouse Way
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please make service prior to July 12, 2004

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-748-3288
DATE: 6/14/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | Nancy Dolaner | 6/15/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Mei Chen (Babysitter)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6/17/04
Time: 8 am
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $10.98 | — | $55.98 | | | |

REMARKS:
Ms Chen accepted svc, will give to Def.

EXHIBIT A

PRIOR EDITIONS MAY BE USED           **3. NOTICE OF SERVICE**           FORM USM-285 (Rev. 12/15/80)