UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA
                    Plaintiff(s)                                         CIVIL ACTION
                                                                        NO. 04-10558-MLW

                    V.

HSIALOAN HSU
                    Defendant(s)

NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , UNITED STATES of AMERICA,  for an order of

Default for failure of the Defendant(s), HSIALOAN HSU, to plead or otherwise defend as

provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

Defendant has been defaulted this 13TH  day of SEPTEMBER ,  2004.

                                                        TONY ANASTAS, CLERK

                                        By:    /s/ Dennis O'Leary
                                               Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                              [ntcdflt.]