UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 04-10558-MLW |
| HSIALOAN S. HSU | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| CITIZENS BANK | ) | |
| Garnishee. | ) | |

**MOTION FOR WITHDRAWAL OF APPLICATION
FOR WRIT OF GARNISHMENT**

Pursuant to 28 U.S.C. §3205(c)(10), the Plaintiff, United States of America, hereby moves to withdraw and otherwise terminates its Application for Writ of Garnishment filed on May 8, 2007, in the above-captioned proceeding.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:

   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

DATE: July 2, 2007